# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Gonzales, Jaycob Tyler | Docket No. | 0980 2:22CR00139-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

   COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

Additional Conditions of Release #6: The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

Additional Conditions of Release #13: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21§ 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

   RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

Violation #1: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine on or about October 26, 2022.

On October 26, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising a random drug test was collected on October 26, 2022, and it tested presumptive positive for methamphetamine. The sample was sent to Abbott Laboratory for confirmation. Results were received on November 12, 2022, confirming a positive reading for methamphetamine.

Violation #2: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by failing to report to his supervising officer for a random drug test as directed on November 10, 2022.

On November 14, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising on November 10, 2022, Mr. Gonzales missed a random drug test he was scheduled to submit that day. According to the probation officer, Mr. Gonzales made telephone contact with his probation officer on November 14, 2022, and stated his vehicle "broke down;" therefore, he did not report. To be noted, Mr. Gonzales did not contact his probation officer about his vehicle issues until 4 days after the missed random drug test.

Violation #3: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine on or about November 11, 2022.

On November 14, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising during a telephone conversation with Mr. Gonzales on November 14, 2022, regarding missing his random drug test on November 10, 2022, Mr. Gonzales admitted to consuming methamphetamine on November 11, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 15, 2022 |
| by | s/ Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/16/22

Date