# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Gonzales, Jaycob Tyler | Docket No. | 0980 2:22CR00139-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

Additional Conditions of Release #15: The defendant must participate in a substance abuse assessment and participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or the supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

Violation #5: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by failing to show or call for his outpatient treatment groups at Port of Hope on November 30, and December 1, 2022.

On December 6, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising he spoke with Mr. Gonzales' treatment provider and was informed Mr. Gonzales failed to show or contact with him for his scheduled treatment groups on November 30, and December 1, 2022. According to the treatment provider, he met with Mr. Gonzales on November 29, 2022, for admittance into a higher level of outpatient treatment due to continued drug use. Per the provider, Mr. Gonzales stated he could not secure transportation to attend his groups in person on November 30, and December 1, 2022, and he did not see the schedule for treatment groups. Per the treatment provider, Mr. Gonzales was advised on November 29, 2022, the days, and times of his groups.

PRAYING THE COURT WILL INCORPORATE THE VIOLATION CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 6, 2022 |
| by | s/ Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Probation Officer |

PS-8

Re: Gonzales, Jaycob Tyler
December 6, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/6/2022
Date