# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzales, Jaycob Tyler | Docket No. | 0980 2:22CR00139-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

Additional Conditions of Release #13: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21§ 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

Violation #6: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine between December 6, and December 13, 2022.

On December 7, 2022, the Court ordered Mr. Gonzales to submit to daily drug testing pending admission into inpatient treatment (ECF 52).

On December 13, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising Mr. Gonzales has tested positive daily for methamphetamine since he was seen before Your Honor on December 7, 2022. According to the supervising officer, urinalysis submissions have tested positive for methamphetamine on December 9, December 12, and December 13, 2022. Per the supervising officer, he confronted Mr. Gonzales surrounding the positive test results. Mr. Gonzales advised he has not consumed methamphetamine since December 6, 2022. He further stated he found out his mother "is using and putting it in my soda every day." The supervising probation officer advised he would send the presumptive positive sample dated December 13, 2022, to Abbott Laboratory for confirmation. Results are pending as of the submission of this report.

PRAYING THE COURT WILL INCORPORATE THE VIOLATION CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | December 14, 2022 |
| by | s/Linda J. Leavitt | |
| | Linda J. Leavitt U.S. Probation Officer | |

PS-8

Re: Gonzales, Jaycob Tyler
December 14, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/14/22
Date