UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzales, Jaycob Tyler | Docket No. | 0980 2:22CR00139-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the Court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

**Additional Conditions of Release #13**: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

Violation #1: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine on or about October 31, 2023.

On November 3, 2023, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising Mr. Gonzales missed a  random urinalysis (UA)  test on November 2, 2023. According to the supervising officer: "I contacted him about the missed UA and he said he would come in to the office if required to provide one. I was already out in the field and told him I would stop by and get one. The UA he gave at his residence was presumptive positive for methamphetamine. He was forthcoming about the use and told me he used on 10/31/2023. He had just had his change of plea hearing the week prior and was stressed about the amount of time he is likely serving. He met with an old contact and used meth with the individual. He provided me a written admission."

According to the supervising officer, Mr. Gonzales was directed to secure a substance use disorder assessment and follow all treatment recommendations.

On November 7, 2023, this officer was contacted (via email)  by the supervising probation officer advising Mr. Gonzales secured an assessment appointment for November 14, 2023, at 11 a.m.

Mr. Gonzales acknowledged the need for treatment and has expressed a desire to receive help to better himself. He understands the consequences of any similar continued behavior that may ultimately result in going before the Court. He was encouraged to make good choices that will place him back on the successful track he was on. This officer respectfully recommends no action be taken at this time. Should Mr. Gonzales continue to violate any of his conditions of supervised release, he will be referred to the Court for corrective action.

PS-8

Re: Gonzales, Jaycob Tyler
November 9, 2023
Page 2

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2023

by s/ Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

November 16, 2023
Date