PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2023

SEAN F. McAVOY, CLERK

U.S.A. vs.          Gonzales, Jaycob Tyler          Docket No.          0980 2:22CR00139-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

Additional Conditions of Release #13: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

Additional Conditions of Release #14: The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

Violation #1: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by failing to show for substance abuse testing on November 20 and 27, 2023.

On October 26, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising Mr. Gonzales is subject to random drug testing. He was required to submit to random drug testing on November 20 and November 27, 2023, and he failed to show for both drug tests. According to the supervising officer, Mr. Gonzales stated he failed to show as he knew he would be "dirty."

Violation #2: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine between November 18, and 28, 2023.

On November 14, 2022, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising the following:

"Defendant reported to the office as instructed after missing two UA's within the last week. Prior to the UA, he admitted to using methamphetamine two days prior. He provided a urine sample which tested positive for methamphetamine. Defendant signed a written admission to the use of methamphetamine on 11/18/23 and 11/26/23. The defendant advised he has used methamphetamine three times in total since relapsing. He said he did not mean to give excuses but a close friend had died over the weekend and that was difficult for him to cope with. He also stated he was unable to see his son in Washington State as CPS (Child Protective Services)  denied him access, which caused him to spiral into use again. He expressed frustration about not being able to use the tools he learned in treatment. Defendant accepted responsibility for his actions and understood any future consequences."

**PS-8**
**Re: Gonzales, Jaycob Tyler**
**November 29, 2023**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 29, 2023

by      s/ Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the
          case.
[X]     Defendant to appear before the Magistrate Judge.
[X]     Other : *The sentencing hearing scheduled for*
               *1/24/2024 remains set.*

Thomas O. Rice
United States District Judge

November 30, 2023

Date