# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzales, Jaycob Tyler | Docket No. | 0980 2:22CR00139-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaycob Tyler Gonzales, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

District of Idaho Conditions of Release (ECF 11) upheld by Eastern District of Washington (ECF 29):

<u>Additional Conditions of Release #13</u>: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Jaycob Gonzales, acknowledging an understanding of his conditions.

<u>Violation #3</u>: Mr. Gonzales is alleged to be in violation of his pretrial release conditions by consuming methamphetamine on or before December 5, 2023.

On December 6, 2023, this officer received an email from Mr. Gonzales' supervising probation officer in the District of Idaho, advising Mr. Gonzales was in his office to be arrested on the warrant issued by the Honorable Thomas O. Rice, U.S. District Judge, on November 30, 2023. Per the supervising officer, he asked Mr. Gonzales to submit to a random drug test. Per the supervising officer, Mr. Gonzales advised he could not produce, however, admitted to consuming methamphetamine on or before December 5, 2023. A drug use admission form was signed by Mr. Gonzales admitting to the drug use.

PRAYING THE COURT WILL INCORPORATE THE VIOLATION CONTAINED IN THIS PETITION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: December 6, 2023 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Probation Officer |

PS-8

Re: Gonzales, Jaycob Tyler
December 6, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

December 7, 2023
Date